```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAUNICE VALENTINE,                                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :        21 Civ. 4616 (JPC)
              -v-                                                      :
                                                                       :        ORDER
HNTB CORPORATION,                                                      :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court ordered the parties to submit a post-discovery status letter by May 13, 2022. Dkts. 15, 17. The parties, however, failed to submit any status letter by the May 13, 2022 deadline. Accordingly, it is hereby ORDERED that, by May 19, 2022, the parties shall submit a status letter as set forth in the Court's Orders dated November 2, 2021 and March 2, 2022. Furthermore, if either party anticipates moving for summary judgment, the parties shall include this request in the status letter and provide a basis for summary judgment, basis for opposing summary judgment, and a proposed briefing schedule.

SO ORDERED.

Dated: May 16, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge