**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAUNICE VALENTINE,

                Plaintiff,

    -against-                                      21 **CIVIL** 4616 (JPC)

                                                         **JUDGMENT**

HNTB CORPORATION,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, HNTB's motion for summary judgment on Plaintiff's Title VII claim is granted and Plaintiff's NYCHRL claim is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2023

                                                              **RUBY J. KRAJICK**

                                                              _____
                                                                   **Clerk of Court**

                                             **BY:**   *K. Mango*
                                                             _____
                                                                   **Deputy Clerk**